IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 09 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

  Plaintiff,

v.

DAVID SEAN WHITEMAN,

  Defendant.

CRIMINAL INDICTMENT

NO. 1:03-cr-543-JEC

## ORDER

David Sean Whiteman's Motion to Amend Presentence Report, having been read and considered and there being no objection by the Government, it is hereby ordered that the presentence report shall be amended to reflect that the Defendant's consumption of beer increased to 6 - 12 cans per day.

This the 9 day of February 2006.

_____
The Honorable Julie E. Carnes
District Court Judge